IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL PRYOR**             **PLAINTIFF**

**V.**             **NO: 3:23-CV-226**

**J.B. HUNT TRANSPORT SERVICES, INC.,**             **DEFENDANTS**
et al.

## ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment (ECF No. 20). Mr. Pryor, who is proceeding pro se, contends that Defendant J.B. Hunt Transport, Inc. ("J.B. Hunt")[1] failed to file a timely answer to his amended complaint and that default judgment in his favor is appropriate. Mr. Pryor is simply mistaken. The record reflects that Defendant J.B. Hunt timely filed an answer to the amended complaint on November 9, 2023, the very day Mr. Pryor himself acknowledges the answer was due. (ECF Nos. 17, 20). There is no basis in the record for entry of default judgment.

**ACCORDINGLY, IT IS ORDERED** that Plaintiff Pryor's Motion for Default Judgment (ECF No. 20) is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 15th day of February 2024.

            /s/Michael P. Mills
            UNITED STATES DISTRICT JUDGE
            NORTHERN DISTRICT OF MISSISSIPPI

---

[1] In its Answer, J.B. Hunt notes that "J.B. Hunt Transport Services, Inc." misstates the name of this defendant, which is "J.B. Hunt Transport, Inc." (ECF No. 17, PageID.65). The Court therefore refers to this defendant as "J.B. Hunt Transport, Inc." or "J.B. Hunt" in this Order.