**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **MICHAEL PRYOR** | **PLAINTIFF** |
| **V.** | **NO: 3:23-CV-226** |
| **J.B. HUNT TRANSPORT SERVICES, INC.,** et al. | **DEFENDANTS** |

## ORDER

On February 15, 2024, the Court denied Plaintiff Pryor's Motion for Default Judgment. (ECF No. 96). That ruling rendered moot Plaintiff Pryor's Motion to Set a Hearing Date for Entry of Default and Default Judgment (ECF No. 29).

**ACCORDINGLY, IT IS ORDERED** that Plaintiff Pryor's Motion to Set a Hearing Date for Entry of Default and Default Judgment (ECF No. 29) is **DENIED AS MOOT.**

**SO ORDERED AND ADJUDGED**, this the 20th day of February 2024.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI